B6D (Official Form 6D) (12/07)

In re **PRS II, LLC**                                    Case No.  **09-31436**
                                                                   (if known)

### *AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bar Pilot Land, LLC**<br>**3380 Hurricane Bay Drive**<br>**Theodore, AL 36582** | | DATE INCURRED: **4/1/05**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Vacant Lot, Baldwin County, AL**<br>REMARKS:<br>**Certain members of the lender hold an 11% net profits equity interest in any profit on the sale, refinance and/or development of the property.**<br>VALUE:        **$27,882,582.00** | | | X | **$16,899,999.91** | |
| ACCT #:<br><br>**Pilot Pointe Development, LLC**<br>**3380 Hurricane Bay Drive**<br>**Theodore, AL 36582** | | DATE INCURRED: **4/1/05**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Vacant Lot, Baldwin County, AL**<br>REMARKS:<br>**Certain members of the lender hold an 11% net profits equity interest in any profit on the sale, refinance and/or development of the property.**<br>VALUE:        **$27,882,582.00** | | | X | **$7,605,000.00** | |
| ACCT #:<br><br>**Wachovia Bank f/k/a South Trust Bank**<br>**3001 Dauphin Street**<br>**Mobile, AL 36606** | | DATE INCURRED: **12/18/01**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Vacant Lot, Baldwin County, AL**<br>REMARKS:<br>**Mortgage wrapped into PMM of Bar Pilot**<br><br>VALUE:        **$27,882,582.00** | | | | **$658,058.00** | |
| ACCT #:<br><br>**Wachovia Bank f/k/a South Trust Bank**<br>**3001 Dauphin Street**<br>**Mobile, AL 36606** | | DATE INCURRED: **4/5/04**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Vacant Lot, Baldwin County, AL**<br>REMARKS:<br>**Mortgage wrapped into PMM of Pilots Pointe Development, LLC**<br><br>VALUE:        **$27,882,582.00** | | | | **$1,200,000.00** | |
| | | Subtotal (Total of this Page) > | | | | **$26,363,057.91** | **$0.00** |
| | | Total (Use only on last page) > | | | | **$26,363,057.91** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **PRS II, LLC**                                                Case No.   **09-31436**_____

                                                                                    (if known)

## *AMENDED*
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ *Pres. of PRM Mgmt of Illinois, Inc., Mgr* _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **2** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **04/15/2009**_____                    Signature __**/s/ Peter R. Morris**_____
                                                                  *Peter R. Morris*
                                                                  *Pres. of PRM Mgmt of Illinois, Inc., Mgr*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*