Charles M. Cobbe
State Bar No. 04444300
Lyndel Anne Mason
State Bar No. 24058913
"George" Yu-Fu King
State Bar No. 24053306
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: Lmason@chfirm.com

Attorneys for Bar Pilot Land, LLC and
Pilots Pointe Development, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MORRIS RADIO ENTERPRISES, § | CASE NO. 09-31416-hdh-11 |
| L.L.C., dba THE BUSINESS SHRINK § | |
| § | CASE NO: 09-31436-bjh-11 |
| Debtor, § | |
| § | Jointly Administered Under |
| PRS, II, LLC dba FORT MORGAN § | CASE NO. 09-31416-hdh-11 |
| § | |
| Debtor. § | **Hearing Date: January 21, 2010** |
| § | **Time: 1:30 P.M.** |

## RESPONSE OF BAR PILOT LAND, LLC AND PILOTS POINTE, LLC TO WHITE SANDS' MOTION TO DISMISS [Doc. No. 105]

COME NOW Bar Pilot Land, LLC ("Bar Pilot") and Pilots Pointe, LLC ("Pilots Pointe"), by their counsel, and submit the following response to the Motion of White Sands, LLC to Dismiss [Doc. No. 105].

Bar Pilot and Pilots Pointe agree that White Sands, LLC has presented evidence to support that the PRS II, LLC Chapter 11 filing constitutes a bad faith filing in accordance with the factors articulated in In re Little Creek Dev. Co., 779 F. 2d 1068 (5th Cir. 1986).

Furthermore, based upon the lack of funds reflected in the Monthly Operating Reports of this Debtor [Doc. Nos. 28, 37, 47, 56, 62, 73, 80, 81, 83, and 104], it is clear that the Debtor has no ability to meet its mortgage obligations, nor to construct a development on its vacant land in Baldwin County, Alabama, leaving nothing to reorganize. Therefore, Bar Pilot and Pilots Pointe support dismissal of the bankruptcy proceedings.

However, the alternative remedy sought in White Sands, LLC's motion, that being to transfer venue to the Southern District of Alabama, is relief Bar Pilot and Pilots Pointe must oppose. Deadlines have run and actions have been taken before this Court in connection with the Adversary Proceeding the Debtor has commenced against Bar Pilot and Pilots Pointe, and they would be prejudiced by incurring expenses in starting such litigation over in another forum.

Respectfully submitted,

/s/ Lyndel Anne Mason
Charles M. Cobbe
State Bar No. 04444300
Lyndel Anne Mason
State Bar No. 24058913
"George" Yu-Fu King
State Bar No. 24053306
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax:    (214) 573-7399
Email: Lmason@chfirm.com

Attorneys for Bar Pilot Land, LLC and
Pilots Pointe Development, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2010, a true and correct copy of the above and foregoing instrument was served by First Class United States Mail, postage prepaid, or electronically, if available, on the following parties:

Gerritt Pronske
Rahkee Patel
Pronske & Patel, PC
2200 Ross Ave., Suite 5350
Dallas, TX 75201

Richard H. Gill
George Walker
C. Nelson Gill
Copeland, Franco. Screws & Gill
P.O. Box 347
Montgomery, AL 36101-0372

Charles Gibbs
Akin Gump Stauss Hauer & Feld, LLP
1700 Pacific Ave. Ste 4100
Dallas, TX 75201

/s/ Lyndel Anne Mason
Lyndel Anne Mason