Richard H. Gill (Ala. State Bar No. GILL007)
George W. Walker, III (Ala. State Bar No. WAL097)
C. Nelson Gill (Ala. State Bar No. GIL055)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, Alabama 36101-0347
Telephone: 334.834.1180
Facsimile: 334.834.3172

Charles R. Gibbs (Texas State Bar No. 07846300)
Eric C. Seitz (Texas State Bar No. 24067863)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

ATTORNEYS FOR WHITE SANDS GROUP, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MORRIS RADIO ENTERPRISES, | § | CASE NO. 09-31416-HDH-11 |
| L.L.C., dba THE BUSINESS SHRINK | § | |
| and | § | |
| | § | |
| PRS II, LLC, dba FORT MORGAN | § | CASE NO. 09-31436-BJH-11 |
| | § | |
| DEBTORS. | § | Jointly Administered Under |
| | § | Case No. 09-31416-HDH-11 |
| | § | |

WHITE SANDS GROUP, LLC'S
SUPPLEMENTAL REPLY TO RESPONSE OF PRS II, LLC
TO WHITE SANDS GROUP, LLC'S MOTION TO DISMISS

TO THE HONORABLE HARLIN D. HALE
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW White Sands Group, LLC ("White Sands"), a creditor and party in interest in the above styled bankruptcy proceeding, and hereby files this White Sands Group,

1

LLC's Supplemental Reply to Response of PRS II, LLC to White Sands Group, LLC's Motion to Dismiss. In Reply, White Sands respectfully shows the Court as follows:

1. In paragraph 3 of its Response, PRS II states that it was formed on January 4, 2005. It states that its members are Fort Morgan Venture, LLC, PRM Realty Group, LLC, and McCarthy International, LLC. Attached to this Reply as <u>Exhibit 1</u> is a true and correct copy of Interrogatory Responses filed by PRS II in Baldwin County, Alabama, along with a cover letter by counsel for PRS II. The discovery responses list the members of PRS II as PRM Realty Group, LLC, P&M Developers, LLC (Peter Sterling and Michael Asfour), The McCarthy Limited Partner [sic], and Tom Langan. Attached to this Reply as <u>Exhibit 2</u> is a copy of the joint venture agreement, which became PRS II, listing those same persons and entities as partners. Attached to this Reply as <u>Exhibit 3</u> are excerpts from the deposition of Peter Morris in which he states that Peter Sterling was his partner in PRS II's purchase of the property in Baldwin County, and that Peter Sterling owned a 33 1/3 percent interest in the property development.

2. In paragraph 4 of its Response, PRS II states:

> The increased value of the Property was attributed to the imminent annexation of the Property to the City of Gulf Shores, which Bar Pilot, Pilots Pointe and <u>the Langan family represented would be accompanied by zoning</u> to permit the development of the Property with condominiums and recreational facilities. (emphasis added)

As evidenced in the Motion to Dismiss, the Property was annexed into the City of Gulf Shores (Exhibit 5 to the Motion to Dismiss). Attached to this Reply as <u>Exhibit 4</u> is an excerpt from the deposition of Peter Morris in which he states that <u>Peter Sterling</u>, his partner and member of PRS II, stated that he could facilitate the zoning, and not the Langans.

3. In paragraph 16, PRS II admits that it did not list White Sands as a creditor in this proceeding, and asserts that: "as the result of an accidental oversight, it did not file its Notice of

2

Bankruptcy [in Alabama] until September 21, 2009." This statement accompanies the affidavit of Peter Morris, <u>filed in this Court</u>, in which he stated:

> In attempting to give notice of the Debtor's bankruptcy to White Sands Group, LLC, representatives of the Debtor contacted counsel for White Sands Group, LLC and attempted to obtain the addresses for Chris Rolison and Jeff Valentine, but counsel was unwilling to provide those addresses.

Obviously, if Peter Morris claims to have looked for the addresses of Chris Rolison and Jeff Valentine, two of the members of White Sands, he did not accidentally forget to notify the Alabama court. Of course, White Sands' address is attached to Peter Morris' affidavit, and is on file with the Alabama Secretary of State and accessible to anyone with a computer. The addresses of Chris Rolison and Jeff Valentine are contained in their depositions taken by Mr. Morris' counsel. Moreover, counsel for White Sands in this Court were (and are) counsel of record for White Sands in the Alabama proceedings and could have been served with notice, just as those counsel were served with PRS II's briefs and discovery.

    4.    Attached to this Reply as <u>Exhibit 5</u> is a copy of the cover page and the certificate of service for the brief of PRS II filed in the Alabama Supreme Court on February 23, 2009, <u>two weeks before the bankruptcy filing</u>. Attached to this Reply as <u>Exhibit 6</u> are "Post Judgment Interrogatories" filed by PRS II in Baldwin County on April 3, 2009, a month <u>after the bankruptcy filing in this court</u>. PRS II <u>listed its own counsel in Alabama as creditors</u> in its filings in this Court and served them with notice. See Doc. #3, 09-31436-hdh11 (listing Zieman, Speegle, Jackson and Hoffman, LLC *twice*). Furthermore, the Notice of Bankruptcy that was finally filed in Baldwin County, Alabama, was filed on September 21, 2009, the <u>very first day</u> that the Alabama Supreme Court lost jurisdiction of the case. PRS II's contention that it "inadvertently" failed to notify White Sands is demonstrably false.

5. In paragraph 17, PRS II states: "the Debtor <u>does not allege</u> in the Adversary <u>that it was never apprised of the existence of an alleged claim by the White Sands Group</u> . . . ." Yet, the following is an excerpt from the Adversary Complaint filed by PRS II in this Court:

> In breach of their fiduciary duties, neither [the Langans] nor [the Langans] disclosed to PRS II that [the Langans] had entered into an allegedly enforceable agreement with [White Sands] for the sale of five lots on the Fort Morgan Property, which constituted a cloud on title, requiring PRS II to file a suit to quiet title. [<u>Id.</u> at ¶ 80].

6. In paragraph 18, PRS II states that the deposition of Peter Morris was "ostensibly taken" on August 8, 2006, and thus, only imputes his knowledge on that day, and not the prior year. PRS II then asserts that White Sands "misrepresent[ed]" the probity of the evidence in its filing by not explaining that the deposition was taken in 2006. The following is the excerpt <u>from White Sands' filing</u>:

> This deposition was taken in August, 2006. Even if one were to assume, blindly, that PRS II knew nothing about the lawsuit prior to that very day, any fraud claim would now be facially barred by the applicable statute of limitations. See <u>Ala. Code</u> § 6-2-38 (two-year limitation for fraud claims).

7. In paragraph 19, PRS II denies that Peter Sterling and Michael Asfour are members of PRS II. Exhibits 1, 2 and 3 attached to this Reply disprove this denial.

8. In paragraph 24, PRS II states that White Sands made only "bare allegations regarding the location of possible witnesses." Certainly, PRS II has no evidence of any witness in Texas, because there are none. The judicial record in Alabama shows clearly that Chris Rolison, Jeff Valentine, the entire Langan family, the engineers, the real estate agent, and everyone else involved with the 96 acre parcel of land <u>in Alabama</u>, reside in Alabama. In his deposition, Mr. Morris swore that he had been a resident of Chicago, Illinois since 1975, even commuting to school in Boston. PRS II admits that its principal place of business is the address of PRM Realty, <u>in</u>

4

Chicago. Mr. Sterling and Mr. Asfour reside in New York. PRS II and this bankruptcy case have no connection to Texas whatsoever, whether or not Mr. Morris "has an address" in Dallas.

9. In its filing, PRS II states that White Sands' Motion: "is made up almost entirely of reckless, unsubstantiated allegations purportedly supported by incomplete and misleading "evidence" which combine to form an inaccurate snapshot of the Debtor's intentions." [PRS II Response at p. 2]. The facts show otherwise, and PRS II offers no evidence – <u>nothing</u> – in response to the incontestable facts of the Motion to Dismiss. PRS II's bankruptcy filing is improper and it should be dismissed.

Respectfully submitted this 15th day of January, 2010.

        **COPELAND, FRANCO, SCREWS & GILL, P.A.**

        *s/ C. Nelson Gill*
        C. Nelson Gill (Ala. State Bar No. GIL055)
        Richard H. Gill (Ala. State Bar No. GILL007)
        George W. Walker, III (Ala. State Bar No. WAL097)
        P. O. Box 347
        Montgomery, Alabama 36101-0347
        Telephone: 334.834.1180
        Facsimile: 334.834.3172

        -and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Charles R. Gibbs (Tex. State Bar No. 07846300)
Eric C. Seitz (Tex. State Bar No. 24067863)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**ATTORNEYS FOR WHITE SANDS GROUP, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the White Sands Group, LLC's Supplemental Reply to Response of PRS II, LLC to White Sands Group, LLC's Motion to Dismiss was provided via e-mail (**w/out exhibits**) to the parties listed below and a copy of same (**w/exhibits**) to the parties listed on the attached Service List via United States mail, postage prepaid, on this the 15th day of January 2010.

| | |
|---|---|
| Office of the U.S. Trustee<br>c/o Erin Schmidt<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496<br>erin.schmidt2@usdoj.gov | Gerrit M. Pronske<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201<br>gpronske@pronskepatel.com |

*s/ Eric C. Seitz*
Eric C. Seitz

# SERVICE LIST
**Morris Radio Enterprises, L.L.C.**
**Case No. 09-31416**
**Document No. 6427760**

PRS II, LLC d/b/a Fort Morgan
c/o Gary Sarles
PRM Realty Group, LLC
900 Jackson Street
Dallas, TX 75202

Peter Morris
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Peter Laufer
1225 Bodega Avenue
Bodega Bay, CA 94923

Sydney Stern
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Pilot Pointe Development, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582

Jerome Speegle
Zieman, Speegle, Jackson & Hoffman, LLC
5 Dauphin Street, Suite 301
Mobile, AL 36602

Mark Paneth & Schron
622 3rd Avenue, 7th Floor
New York, NY 10017

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TDX 75201

Bon Secour Partners, LLC
3535 Gillespie, #305
Dallas, TX 75219

Morris Radio Enterprises, L.L.C.
PRM Realty Group, LLC
Sarles & Ouimet
900 Jackson St.
Dallas, TX 75202

Christina Walton Stephenson Gerrit M.
Pronske, Rakhee V. Patel, Vickie L. Driver
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201

Douglas S. Hackett
171 English Landing, #210
Parkville, MO 64152

Clear Channel Communications
Washington DC Market
5567 Collection Center Drive
Chicago, IL 60693

Tom Athans d/b/a Talk USA
1247 Woodward Ave., Apt. 801
Detroit, MI 48226-2030

Bar Pilot Land, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582

Brockington and Associates
4836 Brecksville Road
Richfield, OH 44286

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 91114

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242-1001

Bridge Funding, Inc.
c/o Jennifer S. Morgan
Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601

PRS II, LLC
3535 Gillespie, No. 305
Dallas, TX 75219

UST U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

WVIP Hudson
Weschester Radio, Inc.
One Broadcast Forum
New Rochelle, NY 10801

Foundation of National Progress
Attn: Kevin Medford
222 Sutter Street, Suite 600
San Francisco, CA 94108

PRM Realty Group, LLC
Attn: Accounting Department
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Peter Sterling
11 Raeburn Court
Babylon Village, NY 11702

Ross Security Consultants
Suite 68
Central Square
Central Avenue & Route 9
Linwood, NJ 08221

Robert Michael Galloway
Galloway, Wettermark, Everest,
Rutens & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616

Wachovia Bank f/k/a/ South Trust Bank
3001 Dauphin Street
Mobile, AL 36606-4040

Hancock Bank
c/o Richard A. Wright
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
P.O. Box 46
Mobile, AL 36601

Hancock Bank
c/o Robert P. Franke, Melissa L. Gardner
Strasburger & Price, LLP
901 Main Street
Dallas, TX 75202-3729

PM Transportation, LLC
3535 Gillespie, #305
Dallas, TX 75219

AVMATS
Spirit of St. Airport
18377 Edison Avenue
Chesterfield, MO 63005-3628

Flight Safety International
Marine Air Terminal
LaGuardia Airport
Flushing, NY 11371-1061

Paul D. Moak
Hugh M. Ray, III
McKool Smith P.C.
600 Travis, Suite 7000
Houston, TX 77002

Dees Engineering
Attn: Barry E. Dees
3817 Gulf Shore Parkway, Suite 9
Gulf Shores, AL 36542

Enterprise Bank & Trust
c/o Enterprise Operations
1281 N. Warson Road
St. Louis, MO 63132

Honeywell
MSP Administration
1944 East Sky Harbor Circle
Mailstop 2102-229
Phoenix, AZ 85034

Charles M. Cobbs/Claude D. Smith
Cavazos, Hendricks, Poirot & Smitham, P.C.
900 Jackson Street
570 Founders Square
Dallas, TX 75202

Cohen, Seglias, Pallas, Greenhall & Furman PC
Attn: Roy Cohen
307 17th Street
Philadelphia, PA 19103

Marcus Alan Helt
Gardere, Wynne, Sewell, LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Atlantic Aviation
Waukesha County Airport
P.O. Box 951883
Dallas, TX 75395-1883

Tom Athans
d/b/a Talk USA
7143 Steeplechase Way
Lansing, MI 48917