Richard H. Gill (Ala. State Bar No. GILL007)
George W. Walker, III (Ala. State Bar No. WAL097)
C. Nelson Gill (Ala. State Bar No. GIL055)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. BOX 347
Montgomery, Alabama 36101-0347
Telephone: 334.834.1180
Facsimile: 334.834.3172

Charles R. Gibbs (Texas State Bar No. 07846300)
Eric C. Seitz (Texas State Bar No. 24067863)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

ATTORNEYS FOR WHITE SANDS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MORRIS RADIO ENTERPRISES, L.L.C., dba THE BUSINESS SHRINK and | § § § § § | CASE NO. 09-31416-HDH-11 |
| PRS II, LLC, dba FORT MORGAN | § § | CASE NO. 09-31436-BJH-11 |
| DEBTORS. | § § § | Jointly Administered Under Case No. 09-31416-HDH-11 |

## NOTICE OF RESET HEARING

Please take notice that a hearing on the *Motion to Dismiss Debtor PRS II, LLC's Chapter 11 Case, or, in the Alternative, for Change of Venue* is reset from January 21, 2010 to **Tuesday, February 2, 2010 at 9:30 a.m. (Central time)** before the Honorable Harlin D. Hale, United States Bankruptcy Court, Earle Cabell Federal Building, U.S. Courthouse, 1100 Commerce Street, Room 1428 (Courtroom #1), Dallas, Texas 75242.

NOTICE OF RESET HEARING – Page 1
687962.0001 WEST 6433000 v1

States Bankruptcy Court, Earle Cabell Federal Building, U.S. Courthouse, 1100 Commerce Street, Room 1428 (Courtroom #1), Dallas, Texas 75242.

Dated this 20th day of January 2010.

                        **AKIN GUMP STRAUSS HAUER & FELD LLP**

                        *s/ Eric C. Seitz*
                        Charles R. Gibbs (Tex. State Bar No. 07846300)
                        Eric C. Seitz (Tex. State Bar No. 24067863)
                        1700 Pacific Avenue, Suite 4100
                        Dallas, Texas 75201
                        Telephone: 214.969.2800
                        Facsimile: 214.969.4343

                        **COPELAND, FRANCO, SCREWS & GILL, P.A.**
                        Richard H. Gill (Ala. State Bar No. GILL007)
                        George W. Walker, III (Ala. State Bar No. WAL097)
                        C. Nelson Gill (Ala. State Bar No. GIL055)
                        P. O. Box 347
                        Montgomery, Alabama 36101-0347
                        Telephone: 334.834.1180
                        Facsimile: 334.834.3172

                        **ATTORNEYS FOR WHITE SANDS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this *Notice of Reset Hearing* was provided via e-mail to the parties listed below and a copy of same to the parties listed on the attached Service List via United States mail, postage prepaid, on this the 20th day of January 2010.

| | |
|---|---|
| Office of the U.S. Trustee<br>c/o Erin Schmidt<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496<br>erin.schmidt2@usdoj.gov | Gerrit M. Pronske<br>Rakhee Patel<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201<br>gpronske@pronskepatel.com<br>rpatel@pronskepatel.com |

                        *s/ Eric C. Seitz*
                        Eric C. Seitz

**SERVICE LIST**
**Morris Radio Enterprises, L.L.C.**
**Case No. 09-31416**
**Document No. 6427760**

PRS II, LLC d/b/a Fort Morgan
c/o Gary Sarles
PRM Realty Group, LLC
900 Jackson Street
Dallas, TX 75202

Peter Morris
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Peter Laufer
1225 Bodega Avenue
Bodega Bay, CA 94923

Sydney Stern
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Pilot Pointe Development, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582

Jerome Speegle
Zieman, Speegle, Jackson & Hoffman, LLC
5 Dauphin Street, Suite 301
Mobile, AL 36602

Mark Paneth & Schron
622 3rd Avenue, 7th Floor
New York, NY 10017

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TDX 75201

Bon Secour Partners, LLC
3535 Gillespie, #305
Dallas, TX 75219

Morris Radio Enterprises, L.L.C.
PRM Realty Group, LLC
Sarles & Ouimet
900 Jackson St.
Dallas, TX 75202

Christina Walton Stephenson Gerrit M.
Pronske, Rakhee V. Patel, Vickie L. Driver
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201

Douglas S. Hackett
171 English Landing, #210
Parkville, MO 64152

Clear Channel Communications
Washington DC Market
5567 Collection Center Drive
Chicago, IL 60693

Tom Athans d/b/a Talk USA
1247 Woodward Ave., Apt. 801
Detroit, MI 48226-2030

Bar Pilot Land, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582

Brockington and Associates
4836 Brecksville Road
Richfield, OH 44286

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 91114

Internal Revenue Service
1100 Commerce Street
Mail Code 5027 DAL
Dallas, TX 75242-1001

Bridge Funding, Inc.
c/o Jennifer S. Morgan
Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601

PRS II, LLC
3535 Gillespie, No. 305
Dallas, TX 75219

UST U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

WVIP Hudson
Weschester Radio, Inc.
One Broadcast Forum
New Rochelle, NY 10801

Foundation of National Progress
Attn: Kevin Medford
222 Sutter Street, Suite 600
San Francisco, CA 94108

PRM Realty Group, LLC
Attn: Accounting Department
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Peter Sterling
11 Raeburn Court
Babylon Village, NY 11702

Ross Security Consultants
Suite 68
Central Square
Central Avenue & Route 9
Linwood, NJ 08221

Robert Michael Galloway
Galloway, Wettermark, Everest,
Rutens & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616

Wachovia Bank f/k/a/ South Trust Bank
3001 Dauphin Street
Mobile, AL 36606-4040

Hancock Bank
c/o Richard A. Wright
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, LLP
P.O. Box 46
Mobile, AL 36601

Hancock Bank
c/o Robert P. Franke, Melissa L. Gardner
Strasburger & Price, LLP
901 Main Street
Dallas, TX 75202-3729

PM Transportation, LLC
3535 Gillespie, #305
Dallas, TX 75219

AVMATS
Spirit of St. Airport
18377 Edison Avenue
Chesterfield, MO 63005-3628

Flight Safety International
Marine Air Terminal
LaGuardia Airport
Flushing, NY 11371-1061

Paul D. Moak
Hugh M. Ray, III
McKool Smith P.C.
600 Travis, Suite 7000
Houston, TX 77002

Dees Engineering
Attn: Barry E. Dees
3817 Gulf Shore Parkway, Suite 9
Gulf Shores, AL 36542

Enterprise Bank & Trust
c/o Enterprise Operations
1281 N. Warson Road
St. Louis, MO 63132

Honeywell
MSP Administration
1944 East Sky Harbor Circle
Mailstop 2102-229
Phoenix, AZ 85034

Charles M. Cobbs/Claude D. Smith
Cavazos, Hendricks, Poirot & Smitham, P.C.
900 Jackson Street
570 Founders Square
Dallas, TX 75202

Cohen, Seglias, Pallas, Greenhall & Furman PC
Attn: Roy Cohen
307 17th Street
Philadelphia, PA 19103

Marcus Alan Helt
Gardere, Wynne, Sewell, LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Atlantic Aviation
Waukesha County Airport
P.O. Box 951883
Dallas, TX 75395-1883

Tom Athans
d/b/a Talk USA
7143 Steeplechase Way
Lansing, MI 48917